UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JASON BRYANT and ANDREW HELTON, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1-14-0067<br>) Senior Judge Haynes<br>) |
| JASON WOODALL, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 187) to deny Plaintiffs' motion for partial summary judgment (Docket No. 147) and Defendants' motion for summary judgment (Docket No. 170). No party has filed an objection.

After de novo review, the Report and Recommendation (Docket Entry No. 187) is **ADOPTED**. Plaintiffs' motion for partial summary judgment (Docket No. 147) and Defendants' motion for summary judgment (Docket No. 170) are **DENIED**.

It is so **ORDERED**.

ENTERED this the 28th day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge